IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Homer L. Richardson,  :
:
    Plaintiff(s),  :
:  Case Number: 1:16cv554
vs.  :
:  Judge Susan J. Dlott
Law Offices of Daniels, Norelli, Scully
& Cecre, P.C., et al.,  :
:
    Defendant(s)  :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on February 28, 2017 a Report and Recommendation (Doc. 24). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 26).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, defendants' motion for judgment on the pleadings (Doc. 14) is GRANTED. Plaintiff's motion to strike (Doc. 17) is DENIED.  Judgment is entered in favor of the defendants. This case is hereby TERMINATED.

    IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court